UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08- |
| v. | : | Hon. Freda L. Wolfson |
| ALVIN ESTRELLA | : | <u>BAIL MODIFICATION ORDER</u> |

This matter having been brought before the Court upon joint application of Christopher J. Christie, the United States Attorney for the District of New Jersey (Christine I. Magdo, Assistant United States Attorney, appearing) and defendant Alvin Estrella (Jon Silveri, Esq., appearing), with the consent of United States Pretrial Services Officer Robert Cordiero, and for good cause shown,

IT IS on this ___11th___ day of April, 2008,

ORDERED that Alvin Estrella's bail conditions be modified as follows: he be released from house arrest and removed from electronic monitoring.

*Freda L. Wolfson*
_____
HON. FREDA L. WOLFSON
United States Magistrate Judge